> Dismissal with prejudice acknowledged [27].
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: July 15, 2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| **DANIEL DIXON,** )<br>)<br>     **Plaintiff,** )<br>)<br>v. )<br>)<br>**BERRY GLOBAL, INC.,** )<br>)<br>     **Defendant.** ) | <br><br><br><br>CAUSE NO. 3:23-cv-00207-MPB-CSW |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Daniel Dixon and Defendant, Berry Global, Inc., hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

                                                            Respectfully submitted,

| | |
|---|---|
| /s/ *Lauren E. Berger*<br>Kyle F. Biesecker<br>Lauren E. Berger<br>BIESECKER DUTKANYCH & MACER, LLC<br>411 Main Street<br>Evansville, IN  47708<br>Telephone:  812.424.1000<br>Facsimile:  812.424.1005<br>E-mail:  kfb@bdlegal.com<br>lberger@bdlegal.com | /s/ *Carrie Mount Roelle (with permission)*<br>Carrie Mount Roelle, #25191-47<br>Nicholas J. Golding, #34603-82<br>KAHN, DEES, DONOVAN & KAHN, LLP<br>501 Main Street, Suite 305 Post Office Box 3646 Evansville,<br>Indiana 47735-3646<br>Phone: (812) 423-3183<br>Facsimile: (812) 423-3841 Email: croelle@kddk.com Email:<br>ngolding@kddk.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated: July 11, 2024